CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKW

NOV 03 2014

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GARY WALL, | ) | Civil Action No. 7:13-cv-00587 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SARA LOONEY, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Defendants' motion for summary judgment is **DENIED** as to Officer Looney and is **GRANTED** as to the remaining defendants; all defendants but Officer Looney shall be **TERMINATED**; Plaintiff's motion to amend summons is **DENIED as moot**; and this action shall be **REASSIGNED** to the Honorable James P. Jones.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff and counsel of record for Defendants.

ENTER: This 3rd day of Nov., 2014.

/s/ Jackson L. Kiser
Senior United States District Judge