# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **GARY WALL**, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:13CV00587 |
| | ) |
| v. | ) **JUDGMENT IN A** |
| | ) **CIVIL CASE** |
| **SAMANTHA LOONEY**, | ) |
| | ) |
| Defendant. | ) |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. It is **ORDERED AND ADJUDGED** that in accordance with the jury verdict, judgment is granted to Gary Wall against Samantha Looney in the amount of $2,500.00 for compensatory damages.

Any declaratory or injunctive relief sought in the Complaint is denied.

Nothing further remaining to be done here, the clerk is directed to close the case.

ENTER: March 9, 2015

/s/ JAMES P. JONES
United States District Judge